ORIGINAL

Wook Song and Jong Sun Song
105 Victor Ave
Campbell, CA 95008
Tel: (408) 314-3477

Debtors

FILED
JUL 16 2010
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of: | Bk. No. 10-51667 RLE |
| WOOK SONG | CHAPTER 7 |
| JONG SUN SONG | |
| Debtors | |
| | |
| GREENLEAF MUTUAL BENEFITS ASSOCIATION | Adversary No.: 10-5163 |
| Plaintiff, | **ANSWER TO COMPLAINT OBJECTING DISCHARGE OF DEBTORS AND TO DETERMINE DISCHARGEABILITY OF A DEBT** |
| vs. | |
| WOOK SONG | |
| JONG SUN SONG | |
| Defendants, | |

We, Wook Song and Jong Sun Song, deny all allegations in complains filed by plaintiff.

DATED: July 16, 2010

_____
WOOK SONG

_____
JONG SUN SONG